**Robert F. MOELLER, Claimant–Appellant,**

v.

**SOUTHWESTERN BELL TELEPHONE COMPANY, Employer–Respondent.**

No. 70765.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 24, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 5, 1997.

Application to Transfer Denied March 25, 1997.

---

1. Rule 56.01(b)(5), which applies to disclosure of non-retained experts, became effective July 1, 1996.

Frank J. Niesen, Jr., St. Louis, for claimant–appellant.

John J. Johnson, Jr., Louise Rose Ryterski, St. Louis, for employer-respondent.

Before DOWD, P.J., and REINHARD and RHODES RUSSELL, JJ.

### ORDER

PER CURIAM.

Robert F. Moeller appeals from the decision of the Labor and Industrial Relations Commission which reversed the Administrative Law Judge's award of benefits and denied all compensation. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).

Donald M. Witte, Warson Woods, for appellant.

Ronald D. Pridgin, Jefferson City, John Lasater, Clayton, for respondent.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.